FILED

03/21/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 23-0077

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 23-0077

JOSEPH WAYNE MARSH,

     Petitioner and Appellant,

v.

STATE OF MONTANA,

     Respondent and Appellee.

## GRANT OF EXTENSION

Upon consideration of Appellee's motion for a 30-day extension of time, and good cause appearing therefor, Appellee is granted an extension of time to and including April 25, 2023, within which to prepare, file, and serve its response brief.

BF

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
March 21 2023